No. 8,177.—STATE ex Rel. SALAVATORE KARAZIANI, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Decided December 31, 1940.

PER CURIAM.—After due consideration of the above application it is denied and the proceeding dismissed.

*Mr. T. E. Collins,* for Relator.

No. 8,179.—STATE ex Rel. FOX COAST AGENCY ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Decided January 6, 1941.

PER CURIAM.—After due consideration of the above petition it is ordered that it be denied and the proceeding dismissed.

*Mr. William Meyer,* for Relators.